UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCELINO ZAYAS<br>Plaintiff | : | CIVIL NO. |
| V. | : | |
| SYLVAN R. SHEMITZ DESIGNS, INC<br>Defendant | : | JUNE 26, 2019 |

## COMPLAINT

### COUNT ONE: TITLE VII (against Shemitz Designs)

1. This is an action for money damages to redress the deprivation by the defendant, Sylvan R. Shemitz Designs, INC ("Shemitz Designs") through its agents, servants and/or employees, of the rights secured to the Plaintiff by the Constitution and laws of the United States, as well as those of the State of Connecticut. The Defendant, through the unlawful and discriminatory conduct of its agents, servants and/or employees, was responsible for violating Plaintiff's federal and statutory rights pursuant to Title VII of the Civil Rights Act of 1964 and 1991 as amended, 42 U.S.C. 2000d and 42 U.S.C. 2000e. Shemitz Designs discriminated against and wrongfully terminated the Plaintiff because of his race, age, national origin and religion.

2. Jurisdiction in this court is invoked under the provisions of the Judicial Code at 28 U.S.C. Sections 1331 and 1343. Zayas' state law claims are properly before this court pursuant to 28 U.S.C. §1367.

3. During all times mentioned herein, the Plaintiff, Marcelino Zayas ("Plaintiff" or "Zayas"), was and is a citizen of the United States, residing within the State of Connecticut, County of New Haven, City of New Haven. The Plaintiff is

2

Hispanic of ethnicity and was born in Puerto Rico. The Plaintiff was, at all relevant times a member of the Pentecostal Church. The Plaintiff's date of birth is January 29, 1974, and he is presently forty-five (45) years of age.

4. At all times mentioned herein, the Defendant, Shemitz Designs was a lighting manufacturing company located in West Haven, Connecticut. Shemitz Designs employs over 50 persons within the State of Connecticut.

5. Shemitz Designs was well aware of the Plaintiff's race, age, national origin, and religion. Shemitz Designs also knew that Zayas served as a part-time Pastor of a local Pentecostal Church.

6. Just prior to the Plaintiff's twenty (20) year anniversary of employment with the defendant, Maritza Cruz ("Cruz"), a co-worker, falsely reported to representatives of Shemitz Designs that the Plaintiff threatened to explode a quarter stick of dynamite within the workplace.

7. Cruz claimed that the Plaintiff's motivation for threatening to explode a quarter stick of dynamite was that Cruz had reported to management that the Plaintiff was not testing various lighting products as they were being assembled as he was required to do.

8. Without conducting a comprehensive and thorough investigation into the matter, the Plaintiff's supervisor, Buddy Katiaru ("Katiaru"), who is Indian of national origin and Hindu of religion, summoned the Plaintiff to his office for discipline.

3

9. Soon thereafter, management for Shemitz Designs wrongfully discharged the Plaintiff on or about August 2, 2018, just days short of his twenty year (20) anniversary with the Defendant.

10. Subsequent to the Plaintiff's wrongful termination, Cruz *admitted* to the Plaintiff that she was encouraged by the agents, servants and or employees of the Defendant, to concoct the aforedescribed baseless allegation regarding his threatening to explode a quarter stick of dynamite in the workplace, with the vindictive purpose of getting the Plaintiff fired.

11. The acts of the Defendant, through its agents, servants and\or employees, as manifested by its nonexistent investigation and the wrongful termination of the Plaintiff, were in the nature of discriminatory conduct and amounted to discriminatory employment practices which constituted a hostile work environment and disparate treatment, in direct violation of the Title VII of the Civil Rights Act, on the basis of Zayas' race, national origin, and religion.

12. As a result of the wrongful and discriminatory acts of the Defendant, through its agents, servants and/or employees, the Plaintiff has experienced extreme levels of depression, anxiety and feelings of isolation, to the point of utter despair. The plaintiff has also suffered a substantial loss of income due to his being unemployed and unable to find new employment because of the defamatory allegations surrounding his termination from the Defendant.

4

COUNT TWO: ADEA (against Shemitz Designs)

    1-10   Paragraphs 1 through 10 of the First Count are hereby incorporated by reference and made Paragraphs 1 through 10 of the Second Count, as if fully set forth herein.

    11.   The discriminatory conduct of the Defendant, through its agents, servants and/or employees, in initially wrongfully accusing, then subsequently terminating the Plaintiff, without the benefit of a thorough investigation or any corroboration of the false allegation lodged against him by Cruz, was a direct result of the Plaintiff's age and, as such, constituted a violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623(a).

    12.   As a result of the wrongful and discriminatory acts of the Defendant, through its agents, servants and/or employees, the Plaintiff has experienced extreme levels of depression, anxiety and feelings of isolation, to the point of utter despair. The Plaintiff has also suffered a substantial loss of income due to his being unemployed and unable to find new employment because of the defamatory allegations surrounding his termination from the Defendant.

COUNT THREE: (against Shemitz Designs)

    1-10   Paragraphs 1 through 10 of the First Count are hereby incorporated by reference and made Paragraphs 1 through 10 of the Third Count, as if fully set forth herein.

    11.   As a result of the false accusation made by Cruz, plaintiff was wrongfully terminated without the benefit of a thorough investigation or any corroboration of Cruz's inflammatory allegation against him.

5

12.     The plaintiff's termination was based upon a patently false, defamatory accusation which the Defendant knew was made with reckless disregard for the truth, and therefore, it was wrongful that the Defendant fired him anyway, and as such, it was contrary to and in violation of public policy.


COUNT FOUR: (against Shemitz Designs)

1-10   Paragraphs 1 through 10 of the First Count are hereby incorporated by reference and made Paragraphs 1 through 10 of the Fourth Count, as if fully set forth herein.

11.     The Plaintiff's termination was based upon a patently false, defamatory accusation which the Defendant knew was made with reckless disregard for the truth, and, nonetheless, Defendant elected to fire him anyway, and as such was in violation of the implied covenant of good faith and fair dealing which existed between the plaintiff and Shemitz Designs.

6

WHEREFORE, the Plaintiff claims judgment against the defendant as follows:

    a.    Compensatory damages in an amount this Court shall consider just and fair;

    b.    Punitive damages in an amount this Court shall consider just and fair;

    c.    Attorney's fees and the reimbursement of the costs of the instant action; and

    d.    Reimbursement of back wages and re-establishment of any and all employee benefits to which Plaintiff would otherwise have been entitled had he not been wrongfully terminated; and

    d.    Such other relief as this Court shall consider to be just, fair and equitable.

PLAINTIFF, MARCELINO ZAYAS

BY:_____
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511-6406
Tel. No. (203) 624-4666
Federal No. ct05747
His Attorneys

The Plaintiff hereby requests a trial by jury.

## CERTIFICATION

I hereby certify that on this 26th day of June 2019, a copy of the foregoing Plaintiff's Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
W. Martyn Philpot, Jr.

docs\employment\marcelinozayas\complaint.fed